UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                             :         CASE NO 06-10843
                                                                             CHAPTER 13
UBOLWAN HEARLD
                                                                   :         JUDGE BURTON PERLMAN
    DEBTOR
                                                                   :         NOTICE OF TRANSMITTAL OF
                                                                             UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916439 | $128.82 |

Creditor(s)
FV One Inc.
c/o Wilshire Credit Corporationo
P.O. Box 8517
Portland , OR 97207


    Respectfully submitted,

/s/    Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Karolina F. Perr, Esq.
    Staff Attorney
    Attorney No. OH 0066193

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    kperr@cinn13.org
    cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                                      /s/    Margaret A. Burks, Esq.
                                                Margaret A. Burks, Esq.

| | |
|---|---|
| FV One Inc.<br>c/o Wilshire Credit Corporationo<br>P.O. Box 8517<br>Portland , OR 97207 | Debtor(s) Counsel<br>GREGORY M. WETHERALL, ESQ.<br>4030 MT. CARMEL-TOBASCO<br>SUITE 122<br>CINCINNATI, OH  45255 |
| Debtor(s)<br>UBOLWAN HEARLD<br>1506 EIGHT MILE ROAD<br>CINCINNATI, OH  45255 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |